```
           UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
           Criminal No. 07-146(1)(DSD/JSM)
```

United States of America,

       Plaintiff,

v.                                **ORDER**

David Israel Velasco,

       Defendant.

The above-entitled matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 19, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.  Defendant David Israel Velasco's motion to suppress statements, admissions and answers [Docket No. 18] is denied.

    2.  Defendant David Israel Velasco's motion to suppress evidence derived from search and seizure [Docket No. 23] is denied.

Dated:  July 17, 2007

                                          <u>s/David S. Doty</u>
                                          David S. Doty, Judge
                                          United States District Court